IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KIRK MARTIN BAGBY, ) | | |
| TDCJ #1582340, ) | | |
|     Petitioner, ) | | |
| ) | | |
| v. ) | Civil No. 7:12-CV-093-O-BL | |
| ) | | |
| STATE OF TEXAS, ) | | |
|     Respondent. ) | | |

### ORDER ACCEPTING FINDINGS OF FACT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections, which are included within his notice of appeal, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of error coram nobis is DENIED. Petitioner's habeas claims are DISMISSED without prejudice.

The Clerk of Court shall transmit a copy of this order to Petitioner.

SO ORDERED this 26th day of June, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**